UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JESSICA HERNANDEZ,

      Petitioner,

v.                         **ORDER ADOPTING REPORT AND RECOMMENDATION**
                               Criminal File No. 23-cv-186 (MJD/DTS)

MICHAEL SEGAL,

      Respondent.

___

Jessica Hernandez, pro se.

Ana H. Voss and Kristin Elise Rau, Assistant United States Attorneys, Counsel for Defendant.

___

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 23, 2023.  No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 23, 2023.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 23, 2023. **(Doc. 12)**; and

2. Petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 25, 2023              s/Michael J. Davis
                                    Michael J. Davis
                                    United States District Court